# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-po-00233-SAB |
| | ) | |
|           Plaintiff, | ) | **FIRST AMENDED DEFENDANT'S STATUS** |
| v. | ) | **REPORT ON UNSUPERVISED PROBATION** |
| | ) | |
| PETER SAHOTA, | ) | |
| | ) | |
|           Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

    **Convicted of:**         **36 CFR 4.21 (c)**

    **Sentence Date:**       February 17, 2022

    **Review Hearing Date:** March 17, 2022

    **Probation Expires On:** April 17, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $350.00 which Total Amount is made up of a Fine: $ 310.00 Special Assessment: $ 10.00   Processing Fee: $ 30.00 Restitution: $

☐     Payment schedule of $      per month by the      of each month.

☐     **Community Service hours Imposed of:**

☒     **Other Conditions:** 60 days unsupervised probation, to expire on 4/17/2022; and notify of any address or financial changes.

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒     To date, Defendant has paid a total of $ 350.00
       ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                                                  Amount:

☐     To date, Defendant has performed Click here to enter text. hours of community service.

☒     Compliance with Other Conditions of Probation: Other that the 60 days of unsupervised probation has not been completed, the defendant's counsel is informed and believes all conditions of probation

have been complied.

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ Jeffrey A. Spivak
Jeffrey A. Spivak, Assistant U.S. Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/17/2022 at 10:00 a.m. Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 2/22/2022

DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **February 22, 2022**

UNITED STATES MAGISTRATE JUDGE