# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER SAHOTA,<br><br>　　　　Defendant. | Case No.  1: 21-po-00233-SAB-1<br><br>*SUA SPONTE* ORDER TERMINATING PROBATION PURSUANT TO 18 U.S.C. § 3564(c)<br><br>(ECF Nos. 14, 15, 16, 17) |

　　　　The Defendant was sentenced by this court on February 17, 2022, to sixty (60) days of unsupervised probation, for a violation of 36 C.F.R. 4.21(c).  (ECF No. 14.)  As a condition of probation, Defendant was ordered to obey all laws; to provide notification of any address or financial changes; and to pay a fine of $310.00, a special assessment of $10.00, and a processing fee of $30.00, for a total financial obligation of $350.00 to be paid in full no later than March 17, 2022.  A probation review hearing is set for March 17, 2022.  (Id.)

　　　　On the same date of sentencing, February 17, 2022, the Defendant paid the $350.00 financial obligation in full.  On February 21, 2022, Defendant filed a status report.  (ECF No. 16.)  On February 22, 2022, Defendant filed a first amended status report.  (ECF No. 17.)  According to the first amended status report, Defendant has satisfied all conditions of probation, aside from the sixty (60) day term expiring.  (ECF No. 17 at 1-2.)  The Government has affirmed in the filing that Defendant has complied with such conditions.  (Id. at 2.)

1

Defendant requests that the March 17, 2022 review hearing be vacated. (ECF No. 17.) The Court shall grant the request. Further, in light of the Defendant's compliance with the conditions of probation and the totality of the facts of underlying this case, the Court has *sua sponte* considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satisfied that termination of probation is warranted by the conduct of the Defendant and is in the interest of justice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court *sua sponte* discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c); and
2. The probation review hearing presently scheduled for March 17, 2022, at 10:00 a.m. in Courtroom 9, is VACATED.

IT IS SO ORDERED.

Dated: **February 22, 2022**

UNITED STATES MAGISTRATE JUDGE